S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**JENNIFER J. MARTIN, OSB #84285**
e-mail:  jennifer.martin@usdoj.gov
**JOHNATHAN S. HAUB, OSB #76165**
e-mail:  john.haub@usdoj.gov
**ANNEMARIE SGARLATA, OSB #065061**
e-mail:  annemarie.sgarlata@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:13-CR-00596-JO |
| v. | GOVERNMENT'S EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT HAGEN'S MOTION FOR PRETRIAL RELEASE |
| **JASON WELD HAGEN,** | |
| Defendant. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Jennifer J. Martin, Johnathan S. Haub and AnneMarie Sgarlata, Assistant United States Attorneys, opposes defendant Hagen's motion for release from pretrial custody on the grounds that he is a flight risk and that his release would pose a significant danger to the community.  This exhibit table is provided in support of the government's memorandum.

| Exhibit | Description |
|---|---|
| 1 | **U.S. bank printout of account using a false Oregon driver's license in the name "Kevin M Shields" using a false Oregon driver's license in the name "Kevin Michael Shields" with an address in Portland, OR.** |
| 2 | **U.S. Bank photographs of defendant Hagen using U.S. Bank account in Shield's name on March 2, 2013 and March 5, 2013 and copy of receipt for Western Union Money** |

|    | |
|----|----|
|    | Transfer on March 11, 2013. |
| 3  | Photographs of the three forms of identification in the name of Kevin Shields seized from defendant Hagen on March 11, 2013, after he purported to be Kevin Shields when asked for identification by a law enforcement officer. |
| 4  | Photographs of the three packages seized from defendant Hagen after he took them from the federal fugitive's P. O. Box on March 11, 2013 |
| 5  | Photograph of 14 false Oregon driver's licenses with defendant Hagen's photograph seized in search warrant of associate's residence on March 12, 2013. |
| 6  | Transcript of consensually recorded conversation between federal fugitive (acting as a cooperating defendant) and defendant Hagen on August 22, 2013. |
| 7  | Photographs of contents of parcel containing methamphetamine concealed in the liner notes of a DVD that defendant Hagen mailed on June 3, 2013. |
| 8  | Photographs of one of the parcels containing methamphetamine provided by defendant Hagen to co-defendant Reder, mailed on July 11, 2013 |
| 9  | Photographs of phones, postal money orders and packing materials seized from the residence shared by defendant Hagen and Ms. Schei. |
| 10 | Recorded Jail call between defendant Hagen and his father on January 2, 2014. |
| 11 | Journal entry dated May 17, 2013 from Ms. Schei's journal seized in search warrant at the residence she shared with defendant Hagen on December 17, 2013. |
| 12 | Attached CD recording of audio record of detention hearing on December 18, 2013, before Mag. Judge John V. Acosta in United States v. Hagen, Case No. 3:13-CR-596-01-JO.<br>The government's original memorandum in support of detention is found at CR 15 in Case No. 3:13-CR-596-01-JO. |
| 13 | Ledger seized from defendant Hagen's residence in search warrant executed on December 17, 2013. |

///

///

///

///

///

///

///

Dated this 19th day of February, 2014.

                                      Respectfully submitted,

                                      S. AMANDA MARSHALL
                                      United States Attorney

                                      /s/ *Jennifer J. Martin*
                                      JENNIFER J. MARTIN
                                      /s/ *Johnathan S. Haub*
                                      JOHNATHAN S. HAUB
                                      /s/ *AnneMarie Sgarlata*
                                      ANNEMARIE SGARLATA
                                      Assistant United States Attorneys