**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**JENNIFER J. MARTIN, OSB #84285**
Assistant United States Attorney
**ANNEMARIE SGARLATA, OSB #065061**
annemarie.sgarlata@usdoj.gov
Assistant United States Attorney
**JOHNATHAN HAUB, OSB #76165**
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Facsimile:    503-727-1117

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:13-CR-00596-JO |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **JASON WELD HAGEN, et al.,** | |
| **Defendants.** | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Jennifer J. Martin, AnneMarie Sgarlata, and John Haub, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following property:

1. $2,000.00 in U.S. currency seized on August 22, 2013;
2. $2,332.00 in U.S. currency seized on September 16, 2013;

3. Six United States Postal Service money orders with a combined value of $5,015.00 in U.S. currency;
4. Seven gold coins with a combined estimated value of $5,500.00 in U.S. currency;
5. One Money Gram in the amount of $1,000.00 in U.S. currency;
6. Three Western Union money orders with a combined value of $1,135.00 in U.S. currency; and
7. A sum of money equal to the amount of proceeds obtained as a result of the offenses charged in the Indictment.

Additionally, if any of the above-described forfeitable property, as a result of any act or omission of one or more defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred, sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 981(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above including, but not limited to:

REAL PROPERTY:   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 16203 NE 36th Avenue, Ridgefield, Washington 98642 in Clark County, more particularly described as:

 Lot 14, Mount Vista 10-A, According to the Plat thereof, Recorded in Volume H of Plats, Page 041, Records of Clark County, Washington, tax parcel account number 117890-766.

DATED this 30th day of May, 2014.

S. AMANDA MARSHALL
United States Attorney

*s/ AnneMarie Sgarlata*
**ANNEMARIE SGARLATA**
Assistant United States Attorney